**In the Interest of D.L.B.**

**No. ED 77795.**

Missouri Court of Appeals, Eastern District, Division Four.

March 6, 2001.

Linda A. Colburn, Clayton, MO, for appellant.

Kathleen B. Kiser, Clayton, MO, for respondent.

Before MOONEY, P.J., SIMON and SULLIVAN, JJ.

## ORDER

PER CURIAM.

Judith Winfrey appeals the trial court's judgment terminating her parental rights as to the minor child D.L.B. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b)(1).